IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 11-CR-30077-SMY-1 |
| EDWARD LYNN MOSKOP, | ) ) ) |
| Defendant. | ) |

**STATUS REPORT ON BEHALF OF**
**DEFENDANT EDWARD LYNN MOSKOP**

COMES NOW counsel for Defendant Edward Lynn Moskop, Assistant Federal Public Defender Daniel G. Cronin, and respectfully submits the following Status Report:

1. This Status Report is being filed in the aftermath of this Court's Memorandum and Order (Doc. 139) denying relief under the First Step Act, but does not seek to revisit this Court's conclusions.

2. Instead, this Status Report is intended to correct one factual point: Defendant Moskop is currently confined in the satellite camp at FCI Terre Haute, rather than at FCI Milan. *See* Doc. 139 at p. 4.

3. Undersigned counsel apologizes for his own factual mistake, regarding Defendant Moskop's age. Id. at FN 1. Especially because the reference to Defendant Moskop's place of confinement is in the same paragraph as reference to the Bureau of Prisons' response to COVID-19, undersigned counsel did not want to compound his previous error by failing to note that Defendant Moskop is in a facility at which no incidence of COVID-19 is reported on the BOP's website, rather than an institution (FCI Milan) which has been hard hit by the pandemic. *See* https//bop.gov/coronavirus (last accessed on April 15, 2020).

Respectfully submitted,

/s/ Daniel G. Cronin
DANIEL G. CRONIN
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT
EDWARD LYNN MOSKOP

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 15, 2020, he provided a copy of this document to:

Norman R. Smith
Assistant United States Attorney
9 Executive Drive, Suite 300
Fairview Heights, Illinois 62208

via electronic filing with the Clerk of the Court using the CM/ECF system,

*/s/* Daniel G. Cronin
DANIEL G. CRONIN